United states district court eastern district of texas

6:16CV1359 RWS/KNM

Robert Garland

vs

JASON LONG CLAIMS ADJUSTER

MISTI NATIVIDAD CLAIMS ADJUSTER

complaint/petition

claims for unfair a deceptive insurance settlement practices act.

Settlement practices act-pain and suffering

Consumer protection unfair settlement arising from single act.

Jurisdiction civil right act

1964 act intention dishonest act

Discrimination threatening behavior unfair claim bad faith damages

Evil with the ways of saying the laws don't apply to them

They also admitted the vehicle didn't have breaks he was unaware of there acttions it was organized crime an he wasn't aware of the situation he is suing for deceptive acts as relief may be necessary he would like to be reamburced for his time an effort he wasn't payed for thank you. He also needs monitary relief he has also asked the court to revoid any charges cuz it was white collar crime it was unlawful an unfair at that he also has damage im suing for 2500000000 and makin further retribution blacks have benn signing papers for 400 years in slavery im coming to the court seeking justice in this matter the lawfirm was very dangerouse the defendant was also very dangerouse an im further asking the court for the justice department to do a full investigation on this company for organized crim fraud discrimination were asking the justice department to take this case into consideration

Robert Garland.   *Robert Garland* (signature)

Enterprise Rent-A-Car  
P O BOX 843369  
KANSAS CITY, MO 641843369

1 of 3

Thursday, October 08, 2015

ROBERT GARLAND  
936 9TH ST NW  
PARIS, TX 75460

Re:   Claim No.         06719253  
      Date of Loss      07/03/2015

Amount Due: $477.00 (Deductible Due)

Dear Sir/Madam:

Our records show that we have been unable to resolve the claim cited above with you or your insurance carrier and we have not received payment for the full amount of our loss. We are sincere in our desire to bring this matter to an amicable conclusion, but we must have your cooperation to do so.

Please remit payment in full to the address above and include our claim number on your payment. If you prefer, you may also pay the amount due using a debit card, credit card or directly from your bank account by typing the following link in to your web browser. http://www.claimtopay.com

If we do not receive payment for the total amount due within ten (10) days of the above date, we will have no alternative but to turn this matter over to a collection agency or independent attorney. Collection will be for the amount due plus any expenses incurred in the recovery process, where permitted by law.

In light of this matter, until further notice you will not be eligible to rent from Alamo, Enterprise or National Car Rental. Any reservation you make will not be honored at the rental location.

If you have any questions regarding your responsibility for this loss, please contact our office. This will be our final notice.

Sincerely,

BETTY EATON-CARLSON  
Recovery Specialist  
Betty.EatonCarlson@ehi.com  
Damage Recovery Unit  
DIRECT: 970-207-3962  
OFFICE: 866-300-3238  
FAX: 888-874-8937



DEFENDANT
JASON LONG
CLAIMS ADJUSTER
P.O. BOX 560706
DALLAS TEXAS 75356

MISTI NATIVI BAD ADJUSTER
P.O. BOX 56706
DALLAS TEXAS 75356

PLAINTIFF PRO SE
ROBERT GARLAND
365 13TH PL
HUGO OK 74743

Robert Garland
3665 13th PL
Hugo OK 74743

To U.S. District Court
Clerk
211 W Ferguson St
Room 106
Tyler TX 75702

